JUDGE KOELTL

10 CIV 0555

LOVELLS LLP
Attorneys for Victoria Lebensversicherung AG
590 Madison Avenue
New York, New York 10022
Tel: 212-909-0600
Facsimile: 212-909-0660
Email: lisa.fried@lovells.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MILLENNIUM DEVELOPMENT PARTNERS II LLC
and MDP CAF HOLDINGS LLC,

                *Plaintiffs*,

     – against –

VICTORIA LEBENSVERSICHERUNG AG,

                *Defendant.*

------------------------------------------------------------- x

No.:_____

RECEIVED JAN 25 2010 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Victoria Lebensversicherung AG ("Victoria") certifies that Victoria's parent corporation is ERGO

-2-

Versicherungsgruppe AG. No publicly held corporation owns 10% or more of Victoria's stock.

Dated: New York, New York
January 25, 2010

                LOVELLS LLP

                By: *[signature]*
                    Scott W. Reynolds (SR8457)
                    Lisa J. Fried (LF6968)

                590 Madison Avenue
                New York, New York 10022

                *Attorneys for Victoria Lebensversicherung AG*

To: Jeffrey L. Braun, Esq.
     Joel M. Taylor, Esq.
     KRAMER LEVIN NAFTALIS & FRANKEL LLP
     1177 Avenue of the Americas
     New York, New York 10036

     Attorneys for Plaintiffs